# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED

MAR 1 0 2004

BRADLEY WALLACE,

    Plaintiff(s),

    v.

TIMOTHY MASTERSON, COOK COUNTY
and COOK COUNTY SHERIFF,

    Defendant(s)

JUDGE FILIP

MAGISTRATE JUDGE DENLOW

Case No.

# 04C 1827

MAR 1 0 2004

## COMPLAINT AT LAW

    NOW COMES the Plaintiff, by and through the LAW OFFICES OF BLAKE HORWITZ, and states, pursuant to Complaint at Law, the following, against the above named Defendants, to wit TIMOTHY MASTERSON, (hereinafter, the "DEFENDANT OFFICER" ), and the COUNTY OF COOK AND COOK COUNTY SHERIFF, (hereinafter, "DEFENDANT MUNICIPALITIES") states as follows:

## JURISDICTION

1.    The jurisdiction of the court is invoked pursuant to the Civil Rights Act, 42 U.S.C. § 1981 and §1983; the Judicial Code, 28 U.S.C. §1331 and §1343(a); the Constitution of the United States; and this Court's supplementary jurisdiction powers.

## PARTIES

2.    Plaintiff, BRADLEY WALLACE is a resident of the State of Illinois, and a citizen of the United States.

1

3. The DEFENDANT OFFICER was at all times material and relevant hereto an officer of the DEFENDANT MUNICIPALITIES.

4. On November 16, 2003, the DEFENDANT OFFICER struck the Plaintiff and used an unreasonable amount of force onto the body of the Plaintiff.

5. On November 16, 2003, the Plaintiff did not resist arrest and/or batter DEFENDANT OFFICER.

6. On November 16, 2003, the Plaintiff did not obstruct justice, resist arrest and/or assault the DEFENDANT OFFICER.

7. The use of force initiated by the DEFENDANT OFFICER caused an excessive amount of force to be inflicted onto the body of the Plaintiff. Said force was unreasonable and unnecessary.

8. The Plaintiff was arrested as a result of the representations made by the DEFENDANT OFFICER notwithstanding the fact that the Plaintiff, on said day, had not committed an act contrary to the laws of the State of Illinois. Further, the DEFENDANT OFFICER failed to witness the Plaintiff commit an illegal act of any sort.

9. Notwithstanding the above, the DEFENDANT OFFICER made representations that are found in a police report which indicated that Plaintiff had battered the DEFENDANT OFFICER.

10. The charges lodged in the police report were false, fraudulent and submitted by the DEFENDANT OFFICER and made under false pretenses. Said charges were designed to cause criminal litigation to be lodged against the Plaintiff without probable cause and/or any legal cause, given that said charges were devoid of any legal basis *ab initio*. Further, the DEFENDANT OFFICER withheld information from the Cook County State's Attorney as to the true facts that unfolded on November 16, 2003, when Plaintiff was arrested.

11.     As a direct and proximate result of one or more of the aforesaid acts or omissions of the DEFENDANT OFFICER, Plaintiff was caused to suffer serious and permanent personal injury, pain, suffering and mental anguish both now and in the future.

12.     On or about November 16, 2003, the DEFENDANT OFFICER was on duty at all times relevant to this complaint, duly appointed, and a sworn police officer for the DEFENDANT MUNICIPALITIES. The DEFENDANT OFFICER engaged in the conduct complained of, on said date, in the course and scope of employment and while on duty.  The DEFENDANT OFFICER is sued in his individual capacity.

13.     As a direct and proximate result of one or more of the aforesaid acts or omissions of the DEFENDANT OFFICER, Plaintiff was caused to suffer serious and permanent personal injury pain, suffering, and mental anguish both now and in the future..

## COUNT I
## §1983 False Arrest

14.     Plaintiff re-alleges paragraphs 1 – 13 as though fully set forth herein.

15.     The DEFENDANT OFFICER, through his comments caused the arrest of the Plaintiff without probable cause to believe that Plaintiff had committed criminal activity.  The DEFENDANT OFFICER's conduct was in violation of the Fourth Amendment to the United States Constitution.

16.     The aforementioned actions of the DEFENDANT OFFICER was the direct and proximate cause of the Constitutional violations set forth above.

        WHEREFORE, Plaintiff demands compensatory damages against the DEFENDANT OFFICER, punitive damages, costs and attorney's fees.  Plaintiff also demands whatever additional relief this Court deems equitable and just.

## COUNT II
### Malicious Prosecution  (State Claim)

17. Plaintiff re-alleges paragraphs 2-13 as though fully set forth herein.

18. The DEFENDANT OFFICER alleged that Plaintiff had violated the laws of the State of Illinois.

19. The aforementioned actions were the direct and proximate cause of the violations of Illinois state law, as set forth above.

WHEREFORE, Plaintiff demands compensatory damages against the DEFENDANT OFFICER, punitive damages, costs and whatever additional relief this Court deems equitable and just.

## COUNT III
### False Arrest – State Claim

20. Plaintiff re-alleges paragraphs 2 – 13 as though fully set forth herein.

21. The DEFENDANT OFFICER arrested Plaintiff without probable cause to believe that Plaintiff had committed criminal activity.  The DEFENDANT OFFICER'S conduct was in violation of the Constitution to the State of Illinois as well as Illinois Common law.

22. The aforementioned actions of the DEFENDANT OFFICER was the direct and proximate cause of the violations set forth above.

WHEREFORE, Plaintiff demands compensatory damages against the DEFENDANT OFFICER, punitive damages and costs.  Plaintiff also demands whatever additional relief this Court deems equitable and just.

## COUNT VI
### 745 ILCS 10/9-102 Claim
### Against the DEFENDANT MUNICIPALITIES

23. Plaintiff re-alleges paragraphs 2 through 13 as though fully set forth herein.

24. DEFENDANT MUNICIPALITIES are the employer of the DEFENDANT OFFICER alleged above.

4

**LAW OFFICES OF BLAKE HORWITZ, LTD.**
Blake Horwitz, Esq.
Amanda Yarusso, Esq.
Patrick Casey, Esq.
155 N. Michigan, #714
Chicago, IL 60601
(312) 616-4433

6

**ORIGINAL**                    **JUDGE FILIP**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS MAGISTRATE JUDGE DENLOW

## Civil Cover Sheet 04C 1827

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s): BRADLEY WALLACE**

County of Residence: Cook

Plaintiff's Atty:    Blake Horwitz, Esq.
LAW OFFICES OF BLAKE
HORWITZ, LTD.
155 N. Michigan, Suite 714,
Chicago IL 60601
(312) 616-4433

**Defendant(s):TIMOTHY MASTERSON, COOK COUNTY and COOK COUNTY SHERIFF**

County of Residence:

Defendant's Atty:

*FILED-EDA 04 MAR 10 AM 9:15 CLERK DISTRICT COURT*

*DOCKETED MAR 1 0 2004*

II. Basis of Jurisdiction:        **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal
Parties (**Diversity Cases Only**)
Plaintiff:-**1 Citizen of This State**
Defendant:-**1 Citizen of This State**

IV. Origin :        **1. Original Proceeding**

V. Nature of Suit:        **440 Other Civil Rights**

VI.Cause of Action:        **42 U.S.C. 1983, Excessive Force & False Arrest**

VII. Requested in Complaint
Class Action:
Dollar Demand:
Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature:

Date:        3/9/2004

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it.

**ORIGINAL**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JUDGE FILIP

MAGISTRATE JUDGE DENLOW

**EASTERN DIVISION**

In the Matter of

BRADLEY WALLACE v. TIMOTHY MASTERSON,
COOK COUNTY and COOK COUNTY SHERIFF

 

04C 1827

Case Number:

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR

PLAINTIFF

DOCKETED

MAR 1 0 2004

FILED 04 MAR 10 AM 9:16 U.S. DISTRICT COURT

| (A) | | (B) | |
|---|---|---|---|
| SIGNATURE | | SIGNATURE | |
| NAME Blake W. Horwitz | | NAME Amanda S. Yarusso | |
| FIRM LAW OFFICES OF BLAKE HORWITZ | | FIRM LAW OFFICES OF BLAKE HORWITZ | |
| STREET ADDRESS 155. N. Michigan, Suite 714 | | STREET ADDRESS 155. N. Michigan, Suite 714 | |
| CITY/STATE/ZIP Chicago IL 60601 | | CITY/STATE/ZIP Chicago IL 60601 | |
| TELEPHONE NUMBER (312) 616-4433 | FAX NUMBER (312) 565-7173 | TELEPHONE NUMBER (312) 616-4433 | FAX NUMBER (312) 565-7173 |
| E-MAIL ADDRESS horwitzlaw@att.net | | E-MAIL ADDRESS horwitzlaw@att.net | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6200803 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6280031 | |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | | MEMBER OF TRIAL BAR? YES ☐ NO ☑ | |
| TRIAL ATTORNEY? YES ☑ NO ☐ | | TRIAL ATTORNEY? YES ☐ NO ☑ | |
| | | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ | |
| (C) | | (D) | |
| SIGNATURE | | SIGNATURE | |
| NAME Patrick A. Casey | | NAME | |
| FIRM LAW OFFICES OF BLAKE HORWITZ | | FIRM | |
| STREET ADDRESS 155. N. Michigan, Suite 714 | | STREET ADDRESS | |
| CITY/STATE/ZIP Chicago IL 60601 | | CITY/STATE/ZIP | |
| TELEPHONE NUMBER (312) 616-4433 | FAX NUMBER (312) 565-7173 | TELEPHONE NUMBER | FAX NUMBER |
| E-MAIL ADDRESS horwitzlaw@att.net | | E-MAIL ADDRESS | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 6274677 | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | |
| MEMBER OF TRIAL BAR? YES ☐ NO ☑ | | MEMBER OF TRIAL BAR? YES ☐ NO ☐ | |
| TRIAL ATTORNEY? YES ☐ NO ☑ | | TRIAL ATTORNEY? YES ☐ NO ☐ | |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ | | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | |

1-3